# FILED

MAR 30 2015

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

## UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

| | |
|---|---|
| In re: | BAP Nos.  NV-15-1048 |
| | NV-15-1064 |
| DEBRA LEIGH JACOBS, | (Cross-Appeals) |
| | |
| Debtor. | Bk. No.  2:04-bk-19619-GS |
| | |
| DEBRA LEIGH JACOBS, | |
| | |
| Appellant/ | |
| Cross-Appellee, | |
| v. | **ORDER TRANSFERRING CROSS-** |
| | **APPEALS TO THE UNITED** |
| BRAIN POWER AMERICA INC.; | **STATES DISTRICT COURT** |
| JOHN W. MUIJE, | |
| | |
| Appellees/ | |
| Cross-Appellants. | |

Before:  KIRSCHER, PAPPAS and DUNN, Bankruptcy Judges.

By order entered March 30, 2015, the Panel overruled the untimely election filed by appellees/cross-appellants.  However, a third appeal has been filed wherein the appellant timely elected to have the appeal heard by the U.S. district court (USDC no. 2:15-cv-00533-JAD).  The three appeals have identical parties and similar subject matter, though the third appeal is from a different order.  There is some potential that inconsistent rulings could result from the three appeals being heard before different courts.

Under 9th Cir. BAP Rule 8001(e)-1(a),

The Panel may transfer an appeal to the district court
to further the interests of justice, such as when a
timely statement of election has been filed in a
related appeal, or for any other reason the Panel deems
appropriate.

The Panel finds that it would be in the interests of justice

and judicial economy for these cross-appeals to proceed before

the United States District Court.

Therefore, these cross-appeals are hereby ORDERED

TRANSFERRED to the United States District Court for the District

of Nevada.

CHRISTOPHER P. BURKE, ESQ.                    ECF Filed on  2/10/15
Nevada Bar No.: 004093
*atty@cburke.lvcoxmail.com*
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-04-19619-GS |
| **DEBRA LEIGH JACOBS,** | Chapter 13 |
| Debtor. | |

## NOTICE OF APPEAL

COME NOW, Debra Leigh Jacobs, by and through her counsel, Christopher P. Burke, Esq., and hereby appeals under 28 U.S.C. §158(a) the Bankruptcy Court's Order Addressing Various Requests for Relief and Briefly Maintaining Open Status of File, entered on January 27, 2015 in the above entitled matter. (See Ex. 'A' Dkt. #224).  The  Parties to the Appeal of this Order and the names and addresses of their respective attorneys are as follows:


Debra L. Jacobs                          Brain Power America Inc.
c/o Christopher P. Burke Esq.            and John W. Muije
218 S. Maryland Parkway                  c/o John W. Muije, Esq.
Las Vegas, NV 89101                      1840 E. Sahara Ave. #106
                                         Las Vegas, NV 89104

Dated this 10th day of February, 2015

                    /S/ CHRISTOPHER P. BURKE, ESQ.
                    CHRISTOPHER P. BURKE, ESQ.
                    Nevada Bar. No.: 004093
                    218 S. Maryland Pkwy.
                    Las Vegas, NV 89101
                    (702) 385-7987
                    Attorney for Debtor

# Ex. A

1

2

3

_____
Honorable Gary Spraker
United States Bankruptcy Judge



4

Entered on Docket
January 27, 2015

5

6

7

8

**ORDR**

9  JOHN W. MUIJE &  ASSOCIATES
JOHN W. MUIJE, ESQ.

10  Nevada Bar No. 2419
1840 E. Sahara Ave #106

11  Las Vegas, Nevada 89104
Telephone:     (702) 386-7002

12  Facsimile No:  (702) 386-9135
E-Mail: jmuije@muijelawoffice.com

13  *Attorneys for Plaintiff/Creditor*
*Brain Power America Incorporated*

14

15                 **UNITED STATES BANKRUPTCY COURT**

16                         **DISTRICT OF NEVADA**

17

18  In Re:

19  DEBRA L. JACOBS,

20                                Debtor(s).

21

22

23       <u>**ORDER ADDRESSING VARIOUS REQUESTS FOR RELIEF AND**</u>
         <u>**BRIEFLY MAINTAINING OPEN STATUS OF FILE**</u>

24

25          This matter came on for hearing upon the Debtor's Motion to Reopen Chapter 13 Case and

26  to Hold John W. Muije and Brain Power America Incorporated In Contempt (Docket No. 193), the

27  Court having considered the parties briefing regarding the same and having entered a preliminary

28

Case No: BK-S-04-19619-GS

Chapter 13

Date of Hearing:    Dec. 15, 2014
Time of Hearing:    2:30 P.M.

LAW OFFICES
**JOHN W. MUIJE & ASSOCIATES**
1840 E. SAHARA AVE. #106
LAS VEGAS, NEVADA 89104
Phone: (702) 386-7002    Fax: (702) 386-9135

1   Order providing for the limited reopening of the case (Docket No. 206), and having requested

2   supplemental briefing regarding perfection of Brain Power America, Inc.(hereinafter "Brain Power")

3   judgment lien *vis a vis* the subsequently recorded homestead of the debtor, pursuant to the Court's

4   prior ordered Brain Power also having filed a Motion for Rule 9011 Sanctions against the Debtor

5   and her counsel, Christopher Burke, the Court having very carefully reviewed and considered the

6   various pleadings, briefs, and documents on file herein and having reviewed the applicable case law

7   and good cause appearing,

8       **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Court entertained

9   a final hearing on the time and date noted above, after having afforded the parties an opportunity to

10  file supplemental briefs on or about December 8, 2014;

11      **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Brain Power was

12  represented by John W. Muije of the firm of John W. Muije & Associates, and the Debtor, Debra

13  L. Jacobs was represented by Christopher Burke, with both counsel present in Court;

14      **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court carefully

15  reviewed the Points and Authorities submitted by the parties, and read the applicable case law;

16      **IT IS FURTHER ORDERED, ADJUDGED AN DECREED** that the Court specifically

17  finds and holds that neither Brian Power America, Inc. nor its attorney, John W. Muije were in

18  contempt of court;

19      **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court specifically

20  finds and holds that neither Brain Power America, Inc. or its attorney John W. Muije violated either

21  the automatic stay or the discharge injunction;

22      **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Debtor's reliance on

23  the Nevada Supreme Court decision in *Contrevo* is misplaced, insofar as *Contrevo* deals with a

24  different set of facts, i.e., a homestead which was perfected prior to the recording of the judgment

25  lien;

26  . . . .

27  . . . .

28

Page  –2–

1    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Debtor's citation

2  to the Nevada Supreme Court decisions in *Herndon vs. Grilz*, 112 Nev., 873, 878 and *In Re Wally's*

3  *Estate*, 11 Nev. 259, 264-265 (1876) are misplaced, insofar as both cases merely reaffirm the long-

4  standing Nevada proposition that a homestead can be recorded and perfected at any time prior to a

5  judicial sale to preclude or prevent said judicial sale, but that neither case reached the issue as to the

6  validity of a perfected judgment lien upon a subsequently recorded homestead;

7    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court expressly

8  finds and holds that Brain Power properly perfected its original judgment lien herein in October,

9  2002, and that the Debtor never appealed nor properly challenged the same, despite being aware of

10  the renewal of that judgment lien in 2008, until the present proceedings;

11    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that under Nevada law, as

12  applied by this Court, the renewal of an existing judgment lien is a mere ministerial act, acting "*In*

13  *Rem*," and exerts a judgment creditor's rights against the property, and that said judgment lien is

14  perfected only against the property, but not against the original judgment debtor, when the actual

15  underlying judgment debt has been discharged in bankruptcy;

16    IT IS FURTHER ORDERED, ADJUDGED AND DECREED stated in other way, that

17  the judgment lien is perfected and operates  *In Rem*, but no longer impacts or has any effect  *in*

18  *persona* as regards the Debtor in this case, Debra L. Jacobs;

19    Based upon the above and foregoing, the Court hereby denies, with prejudice, Debtor's

20  Motion to Hold Brain Power and its counsel in contempt or to impose sanctions against them for

21  their conduct in renewing their previously perfected judgment lien.

22    IT IS FURTHER ORDERED, ADJUDGED AND DECREED   that the Court also

23  recognizes that Brain Power and its counsel filed and served a Motion for Rule 9011 Sanctions

24  against Debtor and her counsel in these proceedings;

25    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court finds that

26  the filing of the original Motion for Contempt was not brought in bad faith, insofar as the factual

27  pattern and the legal issues bearing thereon were complex. A substantial amount of review,

28

LAW OFFICES
JOHN W. MUIJE & ASSOCIATES
1840 E. SAHARA AVE. #106
LAS VEGAS, NEVADA 89104
Phone: (702) 386-7002   Fax: (702) 386-9135

1  consideration, and research were even necessary for the Court, in determining the interplay between

2  the bankruptcy process, Nevada homestead laws, and Nevada judgment lien and judgment creditor

3  rights, and accordingly, the Court denies without prejudice the request for 9011 Sanctions as against

4  Debtor and her counsel, Christopher P. Burke.

5      **IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, based upon the request

6  of Christopher P. Burke in open Court, that this case will remain open for an additional 45 days

7  subsequent to the entry of this Order, in order to deal with and address any administrative matters

8  that may arise.

9      DATED this _____ day of _____, 20___.

10

11                          UNITED STATES BANKRUPTCY JUDGE

12  Submitted by:

13  JOHN W. MUIJE & ASSOCIATES

14

15  By:

16      JOHN W. MUIJE, ESQ.
    Nevada Bar No. 2419

17      1840 E. Sahara Ave #106
    Las Vegas, Nevada 89104

18      Telephone:    702-386-7002
    Facsimile No: 702-386-9135

19      E-Mail: jmuije@muijelawoffice.com
    *Attorneys for Plaintiff/Creditor*

20      *Brain Power America Incorporated*

21  APPROVED/DISAPPROVED:

22  By:   *See Attached*

23      Christopher P. Burke, Esq.
    Nevada Bar No. 004093

24      218 South Maryland Parkway
    Las Vegas, Nevada 89101

25      Telephone: 702-385-7987
    Facsimile: 702-385-7986

26      E-Mail: atty@cburke.lvcoxmail.com
    *Attorney for Debtors*

27      *for this proceeding only*

28

LAW OFFICES
JOHN W. MUIJE & ASSOCIATES
1840 E. SAHARA AVE. #106
LAS VEGAS, NEVADA 89104
Phone: (702) 386-7002   Fax: (702) 386-9135

1    In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

2        ____ The court has waived the requirement set forth in LR 9021(b)(1).

3        ____ No party appeared at the hearing or filed an objection to the motion.

4        ✓ I have delivered a copy of this proposed order to all counsel who appeared at the hearing,
     and each has approved or disapproved the order, or failed to respond, as indicated below [list each
5    party and whether the party has approved, disapproved, or failed to respond to the document]:

6    Christopher P. Burke, Esq.
     Nevada Bar No. 004093
7    218 South Maryland Parkway
     Las Vegas, Nevada 89101
8    Telephone: 702-385-7987
     Facsimile: 702-385-7986
9    E-Mail: atty@cburke.lvcoxmail.com
     *Attorney for Debtors*
10   *for this proceeding only*

11   ____ **APPROVED** _____ **DISAPPROVED** ✓ **FAILED TO TIMELY RESPOND**

12

13       ____ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with
     the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

14

15   JOHN W. MUIJE & ASSOCIATES

16

     By:
17          JOHN W. MUIJE, ESQ.
            Nevada Bar No. 2419
18          1840 E. Sahara Ave #106
            Las Vegas, Nevada 89104
19          Telephone:    702-386-7002
            Facsimile No: 702-386-9135
20          E-Mail: jmuije@muijelawoffice.com
            *Attorneys for Plaintiff/Creditor*
21          *Brain Power America Incorporated*

22

23

24

25   RAK Files\Southern Nevada Optical.K5301\BK File\Pleadings\12.15.14 Order.wpd

26

27

28

Page  -5-

LAW OFFICES
JOHN W. MUIJE & ASSOCIATES
1840 E. SAHARA AVE. #106
LAS VEGAS, NEVADA 89104
Phone: (702) 386-7002   Fax: (702) 386-9135

1
2
3
4
5
6
7

JOHN W. MUIJE & ASSOCIATES
JOHN W. MUIJE, ESQ.
Nevada Bar No. 2419
1840 East Sahara Avenue, Suite 106
Las Vegas, Nevada 89104
Telephone:  702-386-7002
Facsimile:   702-386-9135
Email: jmuije@muijelawoffice.com
*Attorneys for Creditor and*
*Counsel, individually*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In Re:

**DEBRA LEIGH JACOBS,**

                              Debtor.

CASE NO:  BK-S-04-19619-GS

CHAPTER  13

**NOTICE OF CROSS-APPEAL**

COME NOW, BRAIN POWER AMERICA, INC.,  by and through their counsel, JOHN W.

MUIJE, ESQ., of the Law Offices of JOHN W. MUIJE & ASSOCIATES, and hereby appeals under

28 U.S.C. §158(a) and B.R. 8002(a)(3), the Bankruptcy Court's Order Addressing Various Requests

for Relief and Briefly Maintaining Open Status of File, entered on January 27, 2015 in the above-

. . . .

. . . .

. . . .

. . . .

. . . .

LAW OFFICES
**JOHN W. MUIJE & ASSOCIATES**
1840 E. SAHARA AVE. #106
LAS VEGAS, NEVADA 89104
Phone: (702) 386-7002    Fax: (702) 386-9135

entitled matter. (See Ex. "A", Docket #224). The Parties to the Appeal of this Order and the names and addresses of their respective attorneys are as follows:

Brain Power America, Inc.
and John W. Muije
c/o John W. Muije, Esq.
1840 East Sahara Avenue
Suite 106
Las Vegas, Nevada 89104

Debra L. Jacobs
c/o Christopher P. Burke, Esq.
218 South Maryland Parkway
Las Vegas, Nevada 89101

DATED this 24th day of February, 2015.

JOHN W. MUIJE, ESQ.
Nevada Bar No. 2419
1840 East Sahara Avenue, Suite 106
Las Vegas, Nevada 89104
Telephone: (702) 386-7002
*Attorney for Creditor and Counsel, individually*

# EXHIBIT "A"

_(signature)_

_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
January 27, 2015

**ORDR**
JOHN W. MUIJE &  ASSOCIATES
JOHN W. MUIJE, ESQ.
Nevada Bar No. 2419
1840 E. Sahara Ave #106
Las Vegas, Nevada 89104
Telephone:      (702) 386-7002
Facsimile No:  (702) 386-9135
E-Mail: jmuije@muijelawoffice.com
*Attorneys for Plaintiff/Creditor*
*Brain Power America Incorporated*

LAW OFFICES
JOHN W. MUIJE & ASSOCIATES
1840 E. SAHARA AVE. #106
LAS VEGAS, NEVADA 89104
Phone: (702) 386-7002   Fax: (702) 386-9135

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

DEBRA L. JACOBS,

                                    Debtor(s).

Case No:  BK-S-04-19619-GS

Chapter 13

Date of Hearing:   Dec. 15, 2014
Time of Hearing:   2:30 P.M.

## <u>ORDER ADDRESSING VARIOUS REQUESTS FOR RELIEF AND</u> <u>BRIEFLY MAINTAINING OPEN STATUS OF FILE</u>

This matter came on for hearing upon the Debtor's Motion to Reopen Chapter 13 Case and

to Hold John W. Muije and Brain Power America Incorporated In Contempt (Docket No. 193), the

Court having considered the parties briefing regarding the same and having entered a preliminary

LAW OFFICES
JOHN W. MUIJE & ASSOCIATES
1840 E. SAHARA AVE. #105
LAS VEGAS, NEVADA 89104
Phone: (702) 386-7002  Fax: (702) 386-9135

1  Order providing for the limited reopening of the case (Docket No. 206), and having requested

2  supplemental briefing regarding perfection of Brain Power America, Inc.(hereinafter "Brain Power")

3  judgment lien *vis a vis* the subsequently recorded homestead of the debtor, pursuant to the Court's

4  prior ordered Brain Power also having filed a Motion for Rule 9011 Sanctions against the Debtor

5  and her counsel, Christopher Burke, the Court having very carefully reviewed and considered the

6  various pleadings, briefs, and documents on file herein and having reviewed the applicable case law

7  and good cause appearing,

8    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Court entertained

9  a final hearing on the time and date noted above, after having afforded the parties an opportunity to

10  file supplemental briefs on or about December 8, 2014;

11    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Brain Power was

12  represented by John W. Muije of the firm of John W. Muije & Associates, and the Debtor, Debra

13  L. Jacobs was represented by Christopher Burke, with both counsel present in Court;

14    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court carefully

15  reviewed the Points and Authorities submitted by the parties, and read the applicable case law;

16    IT IS FURTHER ORDERED, ADJUDGED AN DECREED that the Court specifically

17  finds and holds that neither Brain Power America, Inc. nor its attorney, John W. Muije were in

18  contempt of court;

19    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court specifically

20  finds and holds that neither Brain Power America, Inc. or its attorney John W. Muije violated either

21  the automatic stay or the discharge injunction;

22    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Debtor's reliance on

23  the Nevada Supreme Court decision in *Contrevo* is misplaced, insofar as *Contrevo* deals with a

24  different set of facts, i.e., a homestead which was perfected prior to the recording of the judgment

25  lien;

26  . . . .

27  . . . .

28

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Debtor's citation to the Nevada Supreme Court decisions in *Herndon vs. Gritz*, 112 Nev., 873, 878 and *In Re Wally's Estate*, 11 Nev. 259, 264-265 (1876) are misplaced, insofar as both cases merely reaffirm the long-standing Nevada proposition that a homestead can be recorded and perfected at any time prior to a judicial sale to preclude or prevent said judicial sale, but that neither case reached the issue as to the validity of a perfected judgment lien upon a subsequently recorded homestead;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court expressly finds and holds that Brain Power properly perfected its original judgment lien herein in October, 2002, and that the Debtor never appealed nor properly challenged the same, despite being aware of the renewal of that judgment lien in 2008, until the present proceedings;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that under Nevada law, as applied by this Court, the renewal of an existing judgment lien is a mere ministerial act, acting "*In Rem*," and exerts a judgment creditor's rights against the property, and that said judgment lien is perfected only against the property, but not against the original judgment debtor, when the actual underlying judgment debt has been discharged in bankruptcy;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED stated in other way, that the judgment lien is perfected and operates *In Rem*, but no longer impacts or has any effect *in persona* as regards the Debtor in this case, Debra L. Jacobs;

Based upon the above and foregoing, the Court hereby denies, with prejudice, Debtor's Motion to Hold Brain Power and its counsel in contempt or to impose sanctions against them for their conduct in renewing their previously perfected judgment lien.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court also recognizes that Brain Power and its counsel filed and served a Motion for Rule 9011 Sanctions against Debtor and her counsel in these proceedings;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court finds that the filing of the original Motion for Contempt was not brought in bad faith, insofar as the factual pattern and the legal issues bearing thereon were complex. A substantial amount of review,

LAW OFFICES
JOHN W. MUIJE & ASSOCIATES
1840 E. SAHARA AVE, #106
LAS VEGAS, NEVADA, 89104
Phone: (702) 386-7002    Fax: (702) 386-9135

1   consideration, and research were even necessary for the Court, in determining the interplay between

2   the bankruptcy process, Nevada homestead laws, and Nevada judgment lien and judgment creditor

3   rights, and accordingly, the Court denies without prejudice the request for 9011 Sanctions as against

4   Debtor and her counsel, Christopher P. Burke.

5         **IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, based upon the request

6   of Christopher P. Burke in open Court, that this case will remain open for an additional 45 days

7   subsequent to the entry of this Order, in order to deal with and address any administrative matters

8   that may arise.

9         DATED this _____ day of _____, 20___.

10

11                                             UNITED STATES BANKRUPTCY JUDGE

12   Submitted by:

13   JOHN W. MUIJE & ASSOCIATES

14

15   By:_____

16         JOHN W. MUIJE, ESQ.

17         Nevada Bar No. 2419

         1840 E. Sahara Ave #106

18         Las Vegas, Nevada 89104

         Telephone:   702-386-7002

19         Facsimile No: 702-386-9135

         E-Mail: jmuije@muijelawoffice.com

20         *Attorneys for Plaintiff/Creditor*

         *Brain Power America Incorporated*

21   APPROVED/DISAPPROVED:

22

23   By:_____See Attached_____

         Christopher P. Burke, Esq.

24         Nevada Bar No. 004093

         218 South Maryland Parkway

25         Las Vegas, Nevada 89101

         Telephone: 702-385-7987

26         Facsimile: 702-385-7986

         E-Mail: atty@cburke.lvcoxmail.com

27         *Attorney for Debtors*

         *for this proceeding only*

28

*LAW OFFICES*
**JOHN W. MUIJE & ASSOCIATES**
1840 E. SAHARA AVE. #105
LAS VEGAS, NEVADA 89104
Phone: (702) 386-7002   Fax: (702) 386-9135

1  In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

2  ____ The court has waived the requirement set forth in LR 9021(b)(1).

3  ____ No party appeared at the hearing or filed an objection to the motion.

4  ____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each

5  party and whether the party has approved, disapproved, or failed to respond to the document]:

6  Christopher P. Burke, Esq.
Nevada Bar No. 004093

7  218 South Maryland Parkway
Las Vegas, Nevada 89101

8  Telephone: 702-385-7987
Facsimile: 702-385-7986

9  E-Mail: atty@cburke.lvcoxmail.com
*Attorney for Debtors*

10  *for this proceeding only*

11  ____ APPROVED   ____ DISAPPROVED   ____ FAILED TO TIMELY RESPOND

12

13  ____ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

14

15  JOHN W. MUIJE & ASSOCIATES

16

17  By: _____
JOHN W. MUIJE, ESQ.
Nevada Bar No. 2419

18  1840 E. Sahara Ave #106
Las Vegas, Nevada 89104

19  Telephone:   702-386-7002
Facsimile No: 702-386-9135

20  E-Mail: jmuije@muijelawoffice.com
*Attorneys for Plaintiff/Creditor*

21  *Brain Power America Incorporated*

22

23

24

25

26  RAK Files\Southern Nevada Optical,K5301\BK File\Pleadings\12.15.14 Order.wpd

27

28

LAW OFFICES
JOHN W. MUIJE & ASSOCIATES
1840 E. SAHARA AVE. #106
LAS VEGAS, NEVADA 89104
Phone: (702) 386-7002  Fax: (702) 386-9135

Page  −5−

JOHN W. MUIJE & ASSOCIATES
JOHN W. MUIJE, ESQ.
Nevada Bar No. 2419
1840 East Sahara Avenue, Suite 106
Las Vegas, Nevada 89104
Telephone:  702-386-7002
Facsimile:  702-386-9135
Email: jmuije@muijelawoffice.com
*Attorneys for Creditor and*
*Counsel, individually*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

**DEBRA LEIGH JACOBS,**

Debtor.

CASE NO:  BK-S-04-19619-GS

CHAPTER  13

## NOTICE OF CROSS-APPEAL

COME NOW, BRAIN POWER AMERICA, INC.,  by and through their counsel, JOHN W. MUIJE, ESQ., of the Law Offices of JOHN W. MUIJE & ASSOCIATES, and hereby appeals under 28 U.S.C. §158(a) and B.R. 8002(a)(3), the Bankruptcy Court's Order Addressing Various Requests for Relief and Briefly Maintaining Open Status of File, entered on January 27, 2015 in the above-

. . . .

. . . .

. . . .

. . . .

. . . .

LAW OFFICES
JOHN W. MUIJE & ASSOCIATES
1840 E. SAHARA AVE. #106
LAS VEGAS, NEVADA 89104
Phone: (702) 386-7002    Fax: (702) 386-9135

1    entitled matter.  (See Ex. "A", Docket #224).  The Parties to the Appeal of this Order and the names

2    and addresses of their respective attorneys are as follows:

3

4    Brain Power America, Inc.                          Debra L. Jacobs
5    and John W. Muije                                  c/o Christopher P. Burke, Esq.
     c/o John W. Muije, Esq.                            218 South Maryland Parkway
6    1840 East Sahara Avenue                            Las Vegas, Nevada 89101
     Suite 106
7    Las Vegas, Nevada 89104

8

9    DATED this 24th day of February, 2015.

10

11

12                                                      JOHN W. MUIJE, ESQ.
                                                        Nevada Bar No. 2419
13                                                      1840 East Sahara Avenue, Suite 106
                                                        Las Vegas, Nevada 89104
14                                                      Telephone: (702) 386-7002
                                                        *Attorney for Creditor and Counsel, individually*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
JOHN W. MUIJE & ASSOCIATES
1840 E. SAHARA AVE. #106
LAS VEGAS, NEVADA 89104
Phone: (702) 386-7002   Fax: (702) 386-9135

# EXHIBIT "A"

_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
January 27, 2015

**ORDR**
JOHN W. MUIJE & ASSOCIATES
JOHN W. MUIJE, ESQ.
Nevada Bar No. 2419
1840 E. Sahara Ave #106
Las Vegas, Nevada 89104
Telephone:    (702) 386-7002
Facsimile No:  (702) 386-9135
E-Mail: jmuije@muijelawoffice.com
*Attorneys for Plaintiff/Creditor*
*Brain Power America Incorporated*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In Re: | |
|---|---|
| DEBRA L. JACOBS, | Case No: BK-S-04-19619-GS |
| | Chapter 13 |
| Debtor(s). | Date of Hearing:  Dec. 15, 2014 |
| | Time of Hearing:  2:30 P.M. |

### ORDER ADDRESSING VARIOUS REQUESTS FOR RELIEF AND BRIEFLY MAINTAINING OPEN STATUS OF FILE

This matter came on for hearing upon the Debtor's Motion to Reopen Chapter 13 Case and to Hold John W. Muije and Brain Power America Incorporated In Contempt (Docket No. 193), the Court having considered the parties briefing regarding the same and having entered a preliminary

*LAW OFFICES*
**JOHN W. MUIJE & ASSOCIATES**
1840 E. SAHARA AVE. #106
LAS VEGAS, NEVADA 89104
Phone: (702) 386-7002   Fax: (702) 386-9135

1  Order providing for the limited reopening of the case (Docket No. 206), and having requested

2  supplemental briefing regarding perfection of Brain Power America, Inc.(hereinafter "Brain Power")

3  judgment lien *vis a vis* the subsequently recorded homestead of the debtor, pursuant to the Court's

4  prior ordered Brain Power also having filed a Motion for Rule 9011 Sanctions against the Debtor

5  and her counsel, Christopher Burke, the Court having very carefully reviewed and considered the

6  various pleadings, briefs, and documents on file herein and having reviewed the applicable case law

7  and good cause appearing,

8    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Court entertained

9  a final hearing on the time and date noted above, after having afforded the parties an opportunity to

10  file supplemental briefs on or about December 8, 2014;

11    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Brain Power was

12  represented by John W. Muije of the firm of John W. Muije & Associates, and the Debtor, Debra

13  L. Jacobs was represented by Christopher Burke, with both counsel present in Court;

14    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court carefully

15  reviewed the Points and Authorities submitted by the parties, and read the applicable case law;

16    IT IS FURTHER ORDERED, ADJUDGED AN DECREED that the Court specifically

17  finds and holds that neither Brian Power America, Inc. nor its attorney, John W. Muije were in

18  contempt of court;

19    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court specifically

20  finds and holds that neither Brain Power America, Inc. or its attorney John W. Muije violated either

21  the automatic stay or the discharge injunction;

22    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Debtor's reliance on

23  the Nevada Supreme Court decision in *Contrevo* is misplaced, insofar as *Contrevo* deals with a

24  different set of facts, i.e., a homestead which was perfected prior to the recording of the judgment

25  lien;

26  . . . .

27  . . . .

28

LAW OFFICES
JOHN W. MUIJE & ASSOCIATES
1840 E. SAHARA AVE. #106
LAS VEGAS, NEVADA 89104
Phone: (702) 386-7002  Fax: (702) 386-9155

LAW OFFICES
JOHN W. MUIJE & ASSOCIATES
1840 E. SAHARA AVE. #106
LAS VEGAS, NEVADA 89104
Phone: (702) 386-7002   Fax: (702) 386-9135

1    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Debtor's citation

2   to the Nevada Supreme Court decisions in *Herndon vs. Grilz*, 112 Nev., 873, 878 and *In Re Wally's*

3   *Estate*, 11 Nev. 259, 264-265 (1876) are misplaced, insofar as both cases merely reaffirm the long-

4   standing Nevada proposition that a homestead can be recorded and perfected at any time prior to a

5   judicial sale to preclude or prevent said judicial sale, but that neither case reached the issue as to the

6   validity of a perfected judgment lien upon a subsequently recorded homestead;

7    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court expressly

8   finds and holds that Brain Power properly perfected its original judgment lien herein in October,

9   2002, and that the Debtor never appealed nor properly challenged the same, despite being aware of

10  the renewal of that judgment lien in 2008, until the present proceedings;

11   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that under Nevada law, as

12  applied by this Court, the renewal of an existing judgment lien is a mere ministerial act, acting "*In*

13  *Rem*," and exerts a judgment creditor's rights against the property, and that said judgment lien is

14  perfected only against the property, but not against the original judgment debtor, when the actual

15  underlying judgment debt has been discharged in bankruptcy;

16   IT IS FURTHER ORDERED, ADJUDGED AND DECREED stated in other way, that

17  the judgment lien is perfected and operates  *In Rem*, but no longer impacts or has any effect  *in*

18  *persona* as regards the Debtor in this case, Debra L. Jacobs;

19   Based upon the above and foregoing, the Court hereby denies, with prejudice, Debtor's

20  Motion to Hold Brain Power and its counsel in contempt or to impose sanctions against them for

21  their conduct in renewing their previously perfected judgment lien.

22   IT IS FURTHER ORDERED, ADJUDGED AND DECREED   that the Court also

23  recognizes that Brain Power and its counsel filed and served a Motion for Rule 9011 Sanctions

24  against Debtor and her counsel in these proceedings;

25   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court finds that

26  the filing of the original Motion for Contempt was not brought in bad faith, insofar as the factual

27  pattern and the legal issues bearing thereon were complex.  A substantial amount of review,

28

1    consideration, and research were even necessary for the Court, in determining the interplay between

2    the bankruptcy process, Nevada homestead laws, and Nevada judgment lien and judgment creditor

3    rights, and accordingly, the Court denies without prejudice the request for 9011 Sanctions as against

4    Debtor and her counsel, Christopher P. Burke.

5        **IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, based upon the request

6    of Christopher P. Burke in open Court, that this case will remain open for an additional 45 days

7    subsequent to the entry of this Order, in order to deal with and address any administrative matters

8    that may arise.

9        DATED this _____ day of _____, 20___.

10

11        _____
         UNITED STATES BANKRUPTCY JUDGE

12

13   Submitted by:

     JOHN W. MUIJE & ASSOCIATES

14

15

     By: _____
16       JOHN W. MUIJE, ESQ.
         Nevada Bar No. 2419
17       1840 E. Sahara Ave #106
         Las Vegas, Nevada 89104
18       Telephone:   702-386-7002
         Facsimile No: 702-386-9135
19       E-Mail: jmuije@muijelawoffice.com
         *Attorneys for Plaintiff/Creditor*
20       *Brain Power America Incorporated*

21   APPROVED/DISAPPROVED:

22

     By: _____*See Attached*_____
23       Christopher P. Burke, Esq.
         Nevada Bar No. 004093
24       218 South Maryland Parkway
         Las Vegas, Nevada 89101
25       Telephone: 702-385-7987
         Facsimile: 702-385-7986
26       E-Mail: atty@cburke.lvcoxmail.com
         *Attorney for Debtors*
27       *for this proceeding only*

28

LAW OFFICES
JOHN W. MUIJE & ASSOCIATES
1840 E. SAHARA AVE. #105
LAS VEGAS, NEVADA 89104
Phone: (702) 386-7002   Fax: (702) 386-9135

1    In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

2        ____ The court has waived the requirement set forth in LR 9021(b)(1).

3        ____ No party appeared at the hearing or filed an objection to the motion.

4        ✓ I have delivered a copy of this proposed order to all counsel who appeared at the hearing,
     and each has approved or disapproved the order, or failed to respond, as indicated below [list each
5    party and whether the party has approved, disapproved, or failed to respond to the document]:

6    Christopher P. Burke, Esq.
     Nevada Bar No. 004093
7    218 South Maryland Parkway
     Las Vegas, Nevada 89101
8    Telephone: 702-385-7987
     Facsimile: 702-385-7986
9    E-Mail: atty@cburke.lvcoxmail.com
     *Attorney for Debtors*
10   *for this proceeding only*

11   ____ APPROVED    ____ DISAPPROVED    ✓ FAILED TO TIMELY RESPOND

12       ____ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with
13   the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

14
     JOHN W. MUIJE & ASSOCIATES
15

16   By:
17        JOHN W. MUIJE, ESQ.
          Nevada Bar No. 2419
18        1840 E. Sahara Ave #106
          Las Vegas, Nevada 89104
19        Telephone:   702-386-7002
          Facsimile No: 702-386-9135
20        E-Mail: jmuije@muijelawoffice.com
          *Attorneys for Plaintiff/Creditor*
21        *Brain Power America Incorporated*

22

23

24

25
     RAK Files\Southern Nevada Optical,K5301\BK File\Pleadings\12.15.14 Order.wpd
26

27

28

                                   Page  -5-

# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

**In Re:** DEBRA LEIGH JACOBS          **BAP No.:** NV-15-1048 & NV-15-1064

**Bk. Ct. No.:** 04-19619          **ADV. NO.:**

**Bk. Ct. No.:** 04-19619          **ADV. NO.:**

### NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT

The Panel has issued an Order transferring these appeals to the District Court. (Copy of order attached.)

Consequently, these appeals are herewith transferred to your court.


Susan M Spraul, BAP Clerk

By: Edwina Clay, Deputy Clerk
Date: March 30, 2015

Please acknowledge receipt of
the case file listed above.
Dated:_____

Signed:_____
    District Court Deputy

Assigned District Court No.

_____

cc: Bankruptcy Court
    All Parties