**FILED**

MAR 31 2015

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

**UNITED STATES BANKRUPTCY APPELLATE PANEL**

**OF THE NINTH CIRCUIT**

| | |
|---|---|
| In re: ) | BAP Nos. NV-15-1048 |
| ) | NV-15-1064 |
| DEBRA LEIGH JACOBS, ) | (Cross-Appeals) |
| ) | |
| Debtor. ) | Bk. No. 2:04-bk-19619-GS |
| _____) | |
| ) | |
| DEBRA LEIGH JACOBS, ) | |
| ) | |
| Appellant/ ) | |
| Cross-Appellee, ) | |
| v. ) | **CLERK'S NOTICE RE MINOR** |
| ) | **CLERICAL CORRECTION** |
| BRAIN POWER AMERICA INC.; ) | |
| JOHN W. MUIJE, ) | |
| ) | |
| Appellees/ ) | |
| Cross-Appellants. ) | |
| _____) | |

   Attached is a copy of a revised second page from the Order filed on March 30, 2015, (BAP docket 8) in the above-captioned cross-appeals. The page has been revised to correct a clerical error as indicated below, and has been incorporated into the original published Order in place of the original second page.

1. At page 2, line 13, the world "court" has been added after "U.S. district".

   This correction does not constitute a formal amendment of the Order and does not alter or affect the date of entry of the Order previously entered in these cross-appeals.

                    **FOR THE PANEL,**

                    *Susan M. Spraul*

                    **Susan M. Spraul, Clerk of Court**