JOHN W. MUIJE & ASSOCIATES
JOHN W. MUIJE, ESQ.
Nevada Bar No. 2419
1840 East Sahara Avenue, Suite 106
Las Vegas, Nevada 89104
Telephone: 702-386-7002
Facsimile: 702-386-9135
Email: jmuije@muijelawoffice.com
*Attorneys for Appellee*
BRAIN POWER AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re DEBRA LEIGH JACOBS,<br><br>　　　　　　　Appellant,<br><br>BRAIN POWER AMERICA INCORPORATED,<br><br>　　　　　　　Appellee. | 2:15-cv-00533-JAD<br>2:15-cv-00911-JAD<br>2:15-cv-00912-JAD<br>**(Consolidated)** |

### AMENDED STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR BRAIN POWER'S REPLY BRIEF

### FIRST REQUEST

**WHEREAS**, the parties have collegiately since the scheduling of the consolidated briefing schedule herein in or about June, 2015;

**WHEREAS**, neither party has found it necessary to file a request an extension of time heretofore;

**WHEREAS**, the original proposed stipulation was solicited on October 28, 2015 and submitted to the Court on October 29, 2015, on a timely basis, to extend the deadline for Brain Power's final Reply Brief by two weeks;

- 1 -

**WHEREAS**, solely due to excusable neglect, counsel for Brain Power neglected to include the statements required under LR 6-1(b);

**WHEREAS**, this Amended Stipulation still seeks the first extension of time of any brief herein, and even that for only a two-week period;

**WHEREAS**, counsel for Brain Power has specifically requested this Stipulation insofar as the press of both professional and family matters precluded him having sufficient available time adequately research and address the issues raised in Jacob's most recent brief;

**WHEREAS**, those issues, included an out-of-town deposition trip and multiple additional depositions in town to comply with the Federal Court discovery deadline established in another case;

**WHEREAS**, additionally, counsel for Brain Power departed on his annual scheduled Fall vacation on or about October 14th, intending to return on the evening of the 18th, but was delayed and precluded from returning until the 20th;

**WHEREAS**, counsel for Brain Power has been dealing with discovery deadlines in two other major matters, and unfortunately is a sole practitioner and must attend to all these matters personally;

**WHEREAS**, counsel for Jacobs recognizes and understands the concerns of a small firm practitioner and is more happy to accommodate personal and professional needs, particularly where there is no prejudice to either party from a brief extension.

IT IS HEREBY STIPULATED AND AGREED, by and through the respective undersigned counsel for the parties hereto, that Appellee, BRAIN POWER AMERICA INCORPORATED'S Reply Brief, presently due on October 29, 2015, be extended an additional two weeks to and until November 12, 2015.

DATED this ____ day of November, 2015.

| JOHN W. MUIJE & ASSOCIATES | LAW OFFICES OF CHRISTOPHER P. BURKE |
|---|---|
| By: /s/ JOHN W. MUIJE, ESQ. | By: /s/ CHRISTOPHER P. BURKE, ESQ. |
| JOHN W. MUIJE, ESQ. | Christopher P. Burke, Esq. |
| Nevada Bar No. 2419 | Nevada Bar No. 004093 |
| 1840 East Sahara Avenue, #106 | 218 South Maryland Parkway |
| Las Vegas, Nevada 89104 | Las Vegas, Nevada 89101 |
| Telephone: 702-386-7002 | Telephone: (702) 385-7987 |
| Facsimile: 702-386-9135 | Facsimile: (702) 385-7986 |
| E-Mail: jmuije@muijelawoffice.com | *Attorneys for Appellant* |
| *Attorneys for Appellee* | *DEBRA LEIGH JACOBS* |
| *BRAIN POWER AMERICA, INC.* | |

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED that Brain Power America Inc.'s Reply Brief is DUE on or before November 12, 2015.

Dated: November 2, 2015.

_____
UNITED STATES DISTRICT JUDGE

- 3 -